

# Court of Appeals
# Sixth Appellate District of Texas

# J U D G M E N T

Kirby, Mathews & Walrath, PLLC and
Gerald Walrath, Appellants

No. 06-21-00040-CV          v.

Kuiper Law Firm, PLLC, Appellee

Appeal from the 133rd District Court of
Harris County, Texas (Tr. Ct. No. 2020-
76455). Memorandum Opinion delivered
by Justice Stevens, Chief Justice Morriss
and Justice Burgess participating.

As stated in the Court's opinion of this date, we find no error in the judgment of the court below. We affirm the trial court's order denying Appellants' motion to dismiss the Appellee's underlying lawsuit.

We further order that the appellants, Kirby, Mathews & Walrath, PLLC, and Gerald Walrath, pay all costs incurred by reason of this appeal.

RENDERED SEPTEMBER 21, 2021
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk